**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § | **Civil Action No. 6:21-cv-01217** |
| **Plaintiff,** | § | **Jury Trial Requested** |
| **v.** | § | |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.** | § | |
| **Defendant.** | § | |

**<u>JOINT MOTION TO DISMISS</u>**

WHEREAS, Plaintiff Atlas Global Technologies LLC ("Plaintiff") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") have resolved Plaintiff's claims for relief against OnePlus and OnePlus's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and OnePlus, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against OnePlus with prejudice and OnePlus's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: February 6, 2024

Respectfully submitted,

/s/ *William B. Collier, Jr.*
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188
Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com
Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Alexander W. Aiken
WA State Bar No. 55988
aaiken@susmangodfrey.com
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.

/s/ *Robert M. Masters*
JENNIFER KLEIN AYERS
Texas Bar No. 24069322
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2200 Ross Ave, 20th Floor
Dallas, TX 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401
jayers@sheppardmullin.com

ROBERT M. MASTERS (admitted pro hac)
JONATHAN R. DEFOSSE (admitted pro hac)
TIMOTHY P. CREMEN (admitted pro hac)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone: 202.747.1900
Facsimile: 202.747.1901
rmasters@sheppardmullin.com
jdefosse@sheppardmullin.com

*ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.*

Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

T. John Ward, Jr.
Texas Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Facsimile: 903-757-2323

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 6, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email.

*/s/ William B. Collier, Jr.*
William B. Collier, Jr.