**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § | **Civil Action No. 6: 21-cv-01217** |
| **Plaintiff,** | § | **Jury Trial Requested** |
| **v.** | § | |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.** | § | |
| **Defendant.** | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Atlas Global Technologies LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") announced to the Court that they have resolved Plaintiff's claims for relief against OnePlus asserted in this case and OnePlus's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and OnePlus have therefore requested that the Court dismiss Plaintiff's claims for relief against OnePlus with prejudice and OnePlus's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims for relief against OnePlus are dismissed with prejudice and OnePlus's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.